UST-30B 8-95

TRUDY A. NOWAK
Chapter 7 Panel Trustee
Bankruptcy Trustee
PMB #418
4802 E. Ray Road, Suite 23
Phoenix, AZ 85044-6417

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

IN RE:

SONIA L HOMER

Debtor(s)

Chapter 7

Case No. 4:12-bk-09611-EWH

APPROVAL FOR PAYMENT OF
ADDITIONAL DIVIDENDS
TO CREDITORS

Payment of a dividend to creditors having been previously approved in the above-captioned case; the Trustee, TRUDY A. NOWAK, having issued checks pursuant to said order; and the dividend check in the amount of $1,138.34 paid on claim 1 having been returned to the Trustee by claimant and claimant having notified the Trustee in writing that its claim has been satisfied and, therefore, an additional dividend should be paid in accordance with the following:

| No. of Claim | Creditor | Amount of Claim Allowed | Amount of Add'l Dividend |
|---|---|---|---|
| 2 | American InfoSource LP as agent for Midland Funding LLC | $7,834.32 | $136.61 |
| 3 | Capital One Bank (USA), N.A. | $1,399.74 | $24.41 |
| 4 | Capital One Bank (USA), N.A. | $2,354.56 | $41.06 |
| 5 | Capital One Bank (USA), N.A. | $1,444.75 | $25.19 |
| 6 | FIA CARD SERVICES, N.A. | $11,003.57 | $191.87 |
| 7 | Sallie Mae | $33,714.66 | $587.89 |
| 8 | Great Lakes Educational Loan Services | $6,533.23 | $113.92 |
| 9 | Palisades Collections, LLC | $592.93 | $10.34 |
| 10 | Capital One, N.A. | $404.08 | $7.05 |

4-3-2013
Date

Trudy A. Nowak
Trudy A. Nowak, Trustee

I have reviewed the Trustee's request and authorize the payment of additional dividends as reported above.

4-10-13
Date

Carol Pigneri
ILENE LASHINSKY
United States Trustee
District of Arizona

Form 3699
(Rev. January 1983)

Department of the Treasury – Internal Revenue Service

## Return of Documents to Taxpayer

Date 3/18/13

We are returning the documents checked at the right. Please keep them for your records unless otherwise indicated.

Thank you for your cooperation.

To: Trudy A Nowak
PMB #418 4802 E Ray Road Suite 23
Phoenix AZ 850 44-6417

Documents returned
- [ ] Receipts
- [ ] Forms W-2
- [ ] Canceled checks
- [ ] Forms W-4 (To be filed with your employers to enable them to determine the amount of income tax to withhold from your wages.)
- [✓] Full Paid

RECEIVED
APR 9 2013
US Trustee